No. 09–1494. KLEINMAN ET AL. *v.* CITY OF SAN MARCOS, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 09–1495. VAN SALISBURY *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–1496. DELANO FARMS CO. ET AL. *v.* CALIFORNIA TABLE GRAPE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 09–1499. FEESERS, INC. *v.* MICHAEL FOODS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–1500. MOMAH *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 09–1502. BENTLEY ET AL. *v.* MILLENNIUM HEALTHCARE CENTERS II, LLC, DBA CAREONE AT DUNROVEN, FKA DUNROVEN HEALTHCARE CENTER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–1503. CADLE CO. ET AL. *v.* HICKS. C. A. 10th Cir. Certiorari denied.

No. 09–1504. FALCON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–1505. FLORANCE *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 09–1506. JONES *v.* ANHEUSER BUSCH. C. A. 11th Cir. Certiorari denied.

No. 09–1507. SEGUNDO SEUNOS, LLC *v.* SATCHELL ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 09–1508. CRITZER ET UX. *v.* CITY OF CUPERTINO, CALIFORNIA, ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 09–1509. COAST AUTOMOTIVE GROUP, LTD., ET AL. *v.* MERCEDES BENZ, U. S. A., ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–1511. FINTAN *v.* MORRIS ET AL. Sup. Ct. Nev. Certiorari denied.